UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerry L. McGlone, II,

    Plaintiff,

        v.                         Case No. 1:20cv006

Warren, Correctional Mental
Health Staff, *et al.*,                   Judge Michael R. Barrett

    Defendant.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on January 22, 2020 (Doc. 2).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 2) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 2) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, plaintiff is ordered to pay the full $400.00 filing fee required to commence this action within thirty (30) days. Plaintiff is notified that failure to pay the full filing fee within thirty (30) days will result in the dismissal of this action.

Any request for certificate of appealability or request to certify an appeal would not be taken in good faith and would be denied.

**IT IS SO ORDERED.**

    s/ Michael R. Barrett
Michael R. Barrett, Judge
United States District Court